IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-94-109-CR





MICHAEL McGRAW,



 APPELLANT



vs.




THE STATE OF TEXAS,



 APPELLEE


 




FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT



NO. 0936115, HONORABLE BOB PERKINS, JUDGE PRESIDING



 




PER CURIAM



 This is an appeal from a judgment of conviction for aggravated robbery. Appellant
has filed a motion to withdraw the appeal. No decision of this Court has been delivered. The
motion is granted and the appeal is dismissed. See Tex. R. App. P. 59(b).


Before Chief Justice Carroll, Justices Jones and Kidd;

 Chief Justice Carroll Not Participating

Appeal Dismissed on Appellant's Motion

Filed: November 2, 1994

Do Not Publish